EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>José M. Jiménez Román | 2006 TSPR 93<br><br>168 DPR _____ |

Número del Caso: TS-10,893

Fecha: 30 de mayo de 2006

Abogado de la Parte Peticionaria:

Por Derecho Propio

Oficina del Procurador General:

Lcda. Noemí Rivera De León
Procuradora General Auxiliar

Colegio de Abogados de Puerto Rico:

Lcda. María de Lourdes Rodríguez
Oficial Investigadora

Materia: Reinstalación al ejercicio de la abogacía condicionada.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALA ESPECIAL

ORDEN

En San Juan, Puerto Rico, a 30 de mayo de 2006.

Debido a la no intervención de los Jueces Asociados señores Rebollo López, Fuster Berlingeri y Rivera Pérez, se constituye una Sala Especial integrada por el Juez Presidente señor Hernández Denton y las Juezas Asociadas señoras Fiol Matta y Rodríguez Rodríguez, para entender en el caso TS-10893, In re: José M. Jiménez Román.

Lo decretó y firma.

Federico Hernández Denton
Juez Presidente

CERTIFICO:

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José M. Jiménez Román                    TS-10893

Sala Especial integrada por el Juez Presidente señor Hernández Denton y las Juezas Asociadas señoras Fiol Matta y Rodríguez Rodríguez

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de mayo de 2006.

Atendida la "Moción Informativa en Cumplimiento de Orden" presentada por el abogado de epígrafe, ordenamos la reinstalación del Sr. José M. Jiménez Román al ejercicio de la abogacía, condicionada a que por el término de un año se someta a pruebas periódicas de dopaje. Además, ordenamos a la Comisión de Reputación para el Ejercicio de la Abogacía que establezca el procedimiento a seguir para que el señor Jiménez Román cumpla con lo aquí establecido y que supervise el cumplimiento de éste con la condición impuesta.

En cuanto a los procedimientos disciplinarios pendientes, ordenamos el archivo de las siguientes quejas: AB-2002-167, AB-2002-178, AB-2003-32, AB-2003-226 y la número 03-204 presentada ante la Oficina del Procurador General.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo